IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NICHOLAS VAUGHN,

       Petitioner,

v.                                       CASE NO. 5:10-cv-217-RS-MD

KENNETH S. TUCKER,

       Respondent.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 37). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

3. The certificate of appealability is **DENIED**.

4. The clerk is directed to close the file.

**ORDERED** on December 8, 2011.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**